# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                                                               **No. 3:17-cr-30149-DRH**

**TODD LAWSON,**
    **Defendant.**

## ORDER

**HERNDON, District Judge:**

Before the Court is defendant Todd Lawson's Motion to Continue (Doc. 20). Being fully advised in the premises, the Court finds counsel and defendant require additional time. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting of such continuance outweigh the best interests of the public and the defendant in speedy trial.

Therefore, the Court **GRANTS** defendant's Motion to Continue (Doc. 20). The Court **CONTINUES** the trial scheduled for December 4, 2017 at 9:00 am to **February 5, 2018 at 10:00am**. The time from the date the original motion was filed, November 13, 2017, until the date to which the trial is rescheduled, February 5, 2018, is excludable time for the purposes of speedy trial. Finally should any party believe that a witness will be required to travel on the Justice

Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of his case, a writ should be requested expeditiously.

**IT IS SO ORDERED**.

Judge Herndon
2017.11.14
11:10:24 -06'00'

**UNITED STATES DISTRICT JUDGE**